The court acknowledges the Notice of Voluntary Dismissal, Dkt. [8]. The Clerk is DIRECTED to close this case on the docket.
JPH, 8/24/2026.
Distribution via ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS OFFICE

AKEEM OGUNDARE (A214-998-301) )
Plaintiff, )
v. ) Case No. 26-cv-750
MARKWAYNE MULLIN, Secretary, Department of Homeland Security; CECILIA DEYPALUBOS, Field Office Director, Indianapolis Field Office, U.S. Citizenship & Immigration Services. )
Defendants. )

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, AKEEM OGUNDARE, by and through his own and proper person, and through his attorney, NICOLE PROVAX, of the LAW OFFICES OF KRIEZELMAN BURTON & ASSOCIATES, LLC, hereby files this Notice of Dismissal of the above-captioned action, filed April 16, 2026, and to which no answer or motion has been filed, against all defendants without prejudice.

Dated: August 17, 2026

Respectfully Submitted,

/s/ Nicole M. Provax
One of his attorneys

Nicole M. Provax, Esq.
Kriezelman Burton and Associates, LLC
200 West Adams Street, Suite 2211
Chicago, Illinois 60606
(312) 332-2550
nprovax@krilaw.com